UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEIL ANEJA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>WANG QUANXI,<br>　　　　　　Defendant. | Case No. 2:23-cv-00077-MMD-EJY<br><br>ORDER |

　　　This action was filed on January 16, 2023. The Court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) unless proof of service is filed by June 1, 2023. (ECF No. 5.) To date, no proof of service has been filed.

　　　Accordingly, it is ordered, adjudged, and decreed that this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

　　　DATED THIS 9th Day of August 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE